**Order entered May 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00401-CV

**JOANN ADELE BROOKS, Appellant**

**V.**

**PAUL HEDLEY BATCHELOR, Appellee**

**On Appeal from the Probate Court No. 2
Dallas County, Texas
Trial Court Cause No. PR10-1373-2**

## ORDER

The Court has before it appellant's May 17, 2013 and May 22, 2013 letters to the Court and appellee's May 23, 2013 response to the May 17 letter. The Court **INSTRUCTS** appellant that factual statements and submissions will only be considered by the Court if they are part of the clerk's record, the reporter's record, or any supplemental record. Appellee's request for sanctions is **DENIED**.

/s/     ELIZABETH LANG-MIERS
        JUSTICE